EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | Queja |
| | 2003 TSPR 50 |
| Elizabeth Alvarez de Barbosa | 158 DPR _____ |

Número del Caso: AB-2001-178

Fecha: 4 de abril de 2003

Oficina de Inspección de Notarías:

        Lcda. Carmen H. Carlos
        Directora

        Lcdo. Edgardo Ortiz Bauzá
        Director Interino

Abogada de la Parte Querellada:

        Por Derecho Propio

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Elizabeth Alvarez de Barbosa          AB-2001-178

RESOLUCION

San Juan, Puerto Rico, a 4 de abril de 2003.

En el caso de la queja de autos la Oficina de Inspección de Notarías determinó que la notario Elizabeth Alvarez de Barbosa había actuado "en forma descuidada", y "sin investigar adecuadamente los detalles del negocio jurídico" que ella autorizó mediante una escritura. También determinó que los errores de juicio de la notario, ocurrieron de buena fe y sin intención de violar la ley. Así mismo determinó que la notario actuó diligentemente para remediar su conducta y atender cualquier daño que ésta hubiese podido haber ocasionado, por lo que la Directora de la Oficina de Inspección de Notarías recomendó que sólo se amonestase a la querellada por su conducta notarial deficiente en este caso.

En lo principal, la notario se ha allanado a la recomendación de la Oficina de Inspección de Notarías.

En vista de lo anterior se amonesta a la notario por su incumplimiento en este caso con lo que exige la Ley Notarial en Puerto Rico. Se le apercibe que seremos más severos de incidir en alguna otra violación a las normas notariales del país.

Deberá, así mismo, tomar las otras medidas recomendadas por la Directora de la Oficina de Inspección de Notarias en su informe de 21 de mayo de 2002.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y los Jueces Asociados señores Hernández Denton y Rivera Pérez no intervinieron.


                                        Patricia Otón Olivieri
                                  Secretaria del Tribunal Supremo